Joseph Wallace, Appellee, v. C. E. Lawson et al., Appellants.

**(Not to be reported in full.)**

Appeal from the County Court of Coles county; the Hon. JOHN P. HARRAH, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed July 14, 1917.

**Statement of the Case.**

Action in replevin before a police magistrate by Joseph Wallace, plaintiff, against C. E. Lawson, James Jenkins and William Smith, defendants, to recover a consignment of whisky claimed to have been wrongfully taken by the defendants. On the trial a judgment was rendered against defendants for $108.90. An appeal was prayed to the County Court and a bond given for $150, the amount fixed by the magistrate. From

the allowance of a motion dismissing the appeal at defendants' costs, defendants appeal.

RAYMOND G. REAL, for appellants.

T. N. COFER, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

1. JUSTICES OF THE PEACE, § 190*—*what is proper amount of appeal bond.* An appeal bond given on appeal from a judgment of a police magistrate should be fixed at double the amount of the judgment and costs.

2. JUSTICES OF THE PEACE, § 190*—*when appellants should not be prejudiced by deficiency in appeal bond.* Where a police magistrate improperly fixes the amount of an appeal bond at less than twice the amount of the judgment, the appellants should not be prejudiced by such deficiency in the bond provided they are willing, when objection is made, to remedy the defect.

3. JUSTICES OF THE PEACE, § 194*—*what is proper practice where appeal bond is adjudged insufficient.* The proper practice, where an appeal bond given on an appeal from a judgment of a justice of the peace is adjudged insufficient, is to enter a rule against the appellant that unless he executes and files a sufficient bond on a day to be waived, the appeal will be dismissed.

4. APPEAL AND ERROR, § 566*—*non-necessity of exceptions.* An exception to an order dismissing an appeal is unnecessary.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.